United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Elizabeth Morton Johnson<br>3852 Trask Drive<br>Columbus, GA 31903 | Chapter 13<br><br>Case No. 11-40046-JTL |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $216.88 in unclaimed funds of Valued Services Of Alabama, creditor.

Last Known Address (Most recent listed left to right):

Valued Services Of Alabama
Dba Fist American Cash Advance
Valued Services, Llc
7047 Lee Highway
Chattanooga, TN 37421


Dated: 2/18/2015

/s/ A. Kristin Hurst

A. Kristin Hurst, Trustee